379 A.2d 611

Commonwealth v. Swain, Appellant.

Submitted September 8, 1975. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Ronald L. Buckwalter, First Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.